Earl H Smith, Plaintiff,                    v.            The Department of Veterans Affairs,
                                                          et al, Defendants.

Petition To Proceed in Forma Pauperis

The Plaintiff brings this action at a time when he can't pay costs and fees due to poverty.

#1. My Social Security amount each month is $439.00.
#2. My VA pension amount each month is $635.00.     The total is $1074.00 per month.

#3. My costs/expenses each month are, as follows:
   #A. Rent= $237.00
   #B. Winter electricity amount is +/- $120.00.  Summer= $38.00 avg.
   #C. Synchrony Bank- Victor Appliances= $36.00 per month.
   #D. First Interstate Bank (car loan) in South Dakota= $150.73 per month.
   #E. OTC medicines= $30.00 per month.
   #F. Food= $160.00 per month.
   #G. Gasoline= $180.00 per month.
   #H. Other and misc. (it always ends up this)= $260.00 +/-.  Usually plus!

The plaintiff requests leave to proceed in Forma Pauperis.

   Sworn, November 16, 2016.  Earl H Smith

   _Earl H Smith_

No Internet access — IAC

ADDRESSES.
DRS. GEARY & JENSEN   VA CLINIC  101 IOWA AVE W.
                      MARSHALLTOWN, IOWA
NP BARBARA CONWAY   VA CLINIC - 10th AVE.
                    CORALVILLE, IOWA

PL. Smith         203 W. Green St. BL  BROOKLYN, IOWA 52211

One way or another, I will process this, unless they kill me first

543

Case 1:16-cv-00200-LRR-CJW    Document 1    Filed 11/30/16    Page 2 of 2